### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

**United States of America**                                          **Plaintiff**

**v.**                               **Case No.: 4:17–cr–00293–BSM**

**Robert H Chandler**                                          **Defendant**

---

### NOTICE OF HEARING

PLEASE take notice that the Sentencing has been rescheduled in this case for March 30, 2022, at 01:30 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 4, 2022                    AT THE DIRECTION OF THE COURT
                                              TAMMY H. DOWNS, CLERK


                                    **By:** Laura J. Bichlmeier, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas