PROB 12C
ED/AR (08/2022)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 24, 2024
Tammy H. Downs, Clerk
By: LauraBichlmeier D.C.
DEP CLERK

### SUPERSEDING PETITION
(Replacing previously filed petition, Docket Entry 2883)

Name of Offender:   Robert H. Chandler                          Case Number:   4:17-CR-00293-BSM-17

Name of Sentencing Judicial Officer:   Honorable Brian S. Miller
                                       U.S. District Judge

Original Offense:   Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

Date of Sentence:   March 30, 2022

Original Sentence:   65 months Bureau of Prisons followed by 5 years supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced:   May 3, 2023
                                                   Date Supervision Expires:     May 2, 2028

U. S. Probation Officer:   Caitlin Avant      Asst. U.S. Attorney:   Stephanie Mazzanti      Defense Attorney:   To be appointed

---

## PETITIONING THE COURT

☐   To issue a Warrant, deny the Petition (Docket Entry 2883) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☐   To deny the Petition (Docket Entry 2883) as moot and Supersede with this Petition to be Filed Under Seal

☐   To issue a Summons and deny the Petition (Docket Entry 2883) as moot

☒   To deny the Petition (Docket Entry 2883) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory (1) | **You must not commit another federal, state or local crime.** |
| 2 | Standard (10) | **You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**<br><br>On September 8, 2024, Mr. Chandler violated this condition of supervised release when police officers initiated a traffic stop on him for physically assaulting a male victim by striking him in the head with a handgun and pointing the gun at his head, as evidenced by his arrest for Aggravated Assault |

Prob 12C                                    - 2 -                              Superseding Petition

Name of Offender: Robert H. Chandler                        Case Number: 4:17-CR-00293-BSM-17

(felony), Battery 1st Degree (felony), Possession of a Firearm by Certain Persons (felony), Refusal to Submit to Chemical Testing (misdemeanor), and Driving while Intoxicated (misdemeanor), as documented by the Russellville, Arkansas, Police Department's report number 24-18754.

Mr. Chandler is currently incarcerated in the Pope County Detention Center in Russellville. His next scheduled court appearance is on October 21, 2024.

| 3 | Mandatory (3) | **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |

On December 14, 2023, Mr. Chandler submitted a urine specimen which tested and confirmed positive for the use of cocaine. Furthermore, on January 3, 2024, Mr. Chandler admitted to using cocaine.

| 4 | Special (1) | **You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.** |

On December 14, 2023, Mr. Chandler submitted a diluted urine specimen.

On January 3, 2024, Mr. Chandler admitted to consuming alcohol in December 2023, while participating in substance abuse treatment.

---

I declare under penalty of perjury that the foregoing is true and correct.

*Caitlin Avant* (signature)
Caitlin Avant
U.S. Probation Officer

Executed on   September 19, 2024

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

*Stephanie Mazzanti* (signature)
Stephanie Mazzanti
Assistant U.S. Attorney

Executed on   9-19-24

Prob 12C — - 3 - — Superseding Petition

Name of Offender: Robert H. Chandler                Case Number: 4:17-CR-00293-BSM-17

Approved by:

_____
Supervising U.S. Probation Officer

THE COURT ORDERS that this document be filed ☐ under seal ☒ as a public document, and
- ☐ a Warrant be issued, Petition (Docket Entry 2883) is denied as moot, and directing this Petition be Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).
- ☐ a Summons be issued, and Petition (Docket Entry 2883) is denied as moot.
- ☒ the Petition (Docket Entry 2883) is denied as moot and is Superseded by this Petition.
- ☐ Other:

_____        9/24/2024
Honorable Brian S. Miller                                Date
United States District Judge