## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                              **Plaintiff**

**v.**                           **Case No.: 4:17–cr–00293–BSM**

**Robert H Chandler**                                                                      **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Initial Appearance/Revocation has been set in this case for November 7, 2024, at 01:30 PM before Magistrate Judge Edie R. Ervin in Little Rock Courtroom # 389 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** November 6, 2024                      AT THE DIRECTION OF THE COURT
                                                TAMMY H. DOWNS, CLERK

                                                **By:** Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas