AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

Received

2024 SEP 17 PM 3:09

United States of America

v.

Robert H Chandler

*Defendant*

Case No. 4:17CR00293-17 BSM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 7 2024

TAMMY H. DOWNS, CLERK
By: R. Moore
DEP CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **Robert H Chandler,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release, as further explained in the attached documents.**

Date: September 17, 2024

*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/2024, and the person was arrested on *(date)* 11/5/2024
at *(city and state)* Conway County, AR

Date: 11/5/2024

*Arresting officer's signature*

C. Young   Inv Analyst
*Printed name and title*

RL to USMS Detainer.