UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE No. 4:17CR00293-17 BSM |
| | ) | |
| ROBERT H. CHANDLER | ) | DEFENDANT |

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, ROBERT H. CHANDLER, concerning his financial ability to employ counsel, the Court finds as follows:

__✓__ Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender Office is appointed to represent the Defendant in all further proceedings herein; or

_____ Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore, the Federal Public Defender Office is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with the Defendant's ability to pay as directed by further order of the Court; or

_____ Defendant is not eligible for appointment of counsel under 18 U.S.C.§3006A, but is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Shea Watts, Assistant Federal Defender, to represent the Defendant.

Dated this 7th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender Office
Clerk (file)
U.S. Attorney
Defendant