AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
NOV - 7 2024
By: _____ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT CHANDLER | ) | Case No. 4:17CR293-17 BSM |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/7/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Shea Watts    OK 21548  AR 2024286
*Printed name and bar number of defendant's attorney*

1401 W Capitol Suite 490 Little Rock, AR 7220
*Address of defendant's attorney*

Shea_Watts@fd.org
*E-mail address of defendant's attorney*

501-324-6113
*Telephone number of defendant's attorney*

501-324-6168
*FAX number of defendant's attorney*