IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     NO. 4:17-CR-293-17-BSM

ROBERT CHANDLER     DEFENDANT

## ORDER

On November 7, 2024, Defendant Robert Chandler, appeared with appointed counsel Shea Watts, for an initial appearance on a Supervised Release hearing. Defendant was advised of the allegations against him and his rights. The Government, represented by Assistant United States Attorney Shelby Shelton, asked for detention. Defendant, through counsel, agreed to detention without prejudice to him right to request a detention hearing at a later date.

Defendant is remanded to the custody of the United States Marshal pending his final revocation hearing before Judge Brian S. Miller to be set for a later date.

SO ORDERED 7 November 2024.

_____
UNITED STATES MAGISTRATE JUDGE