# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| v. | Case No.: 4:17−cr−00293−BSM | |
| **Robert H Chandler** | | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Detention Hearing has been set in this case for October 22, 2025, at 01:30 PM before Magistrate Judge Edie R. Ervin in Little Rock Courtroom 389 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 21, 2025

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas