UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         CASE NO. 4:17-CR-00293-BSM-17

ROBERT H. CHANDLER                                                DEFENDANT

## ORDER

Over the government's strenuous objection, Robert H. Chandler's oral motion for temporary release from custody is granted. The United States Marshals Service is directed to release Chandler from custody. While released, Chandler is required to comply with all terms of supervised release, and is ordered to return to the Conway County Detention Center at 4:00 p.m. on Sunday, October 26, 2025.

IT IS SO ORDERED this 22nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE