PROB 12C
ED/AR (08/2022)

# United States District Court

### for the

### Eastern District of Arkansas

## SUPERSEDING PETITION

(Replacing previously filed petition, Docket Entry 2886)

| | FILED |
|---|---|
| | U.S. DISTRICT COURT |
| | EASTERN DISTRICT ARKANSAS |
| | Dec 09, 2025 |
| | Tammy H. Downs, Clerk |
| | By: LauraBichlmeier D.C. |
| | DEP CLERK |

Name of Offender:  Robert H. Chandler          Case Number:   4:17-CR-00293-BSM-17

Name of Sentencing Judicial Officer:   Honorable Brian S. Miller
U.S. District Judge

Original Offense:   Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

Date of Sentence:   March 30, 2022

Original Sentence:   65 months Bureau of Prisons followed by 5 years supervised release

| Type of Supervision:   Supervised Release | Date Supervision Commenced:   May 3, 2023 |
|---|---|
| | Date Supervision Expires:   May 2, 2028 |

| U. S. Probation Officer:  Caitlin Avant | Asst. U.S. Attorney:   Liza Brown | Defense Attorney:   Shea Watts |
|---|---|---|

---

### PETITIONING THE COURT

☐ To issue a Warrant, deny the Petition (Docket Entry 2886) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☐ To deny the Petition (Docket Entry 2886) as moot and Supersede with this Petition to be Filed Under Seal

☐ To issue a Summons and deny the Petition (Docket Entry 2886) as moot

☒ To deny the Petition (Docket Entry 2886) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| **1** | **Mandatory (1)** | **You must not commit another federal, state or local crime.** |
| **2** | **Standard (10)** | **You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).** |

On September 8, 2024, Mr. Chandler violated these conditions of supervised release when he physically assaulted a male victim by striking him in the head with a handgun and pointing the gun at his head, as evidenced by his arrest for Aggravated Assault (felony), Battery 1st Degree (felony), Possession of a Firearm by Certain Persons (felony), Refusal to Submit to Chemical Testing

Prob 12C                                         - 2 -                            Superseding Petition

Name of Offender:  Robert H. Chandler                    Case Number:  4:17-CR-00293-BSM-17

(misdemeanor), and Driving while Intoxicated (misdemeanor), as documented by the Russellville, Arkansas, Police Department's report number 24-18754.

On October 28, 2025, the Eastern District of Arkansas filed felony information for Felon in Possession of a Firearm in case No. 4:25-CR-205-BSM-1. The case is set for a Plea and Sentence on December 10, 2025, before the Honorable Brian S. Miller. It should be noted, on December 2, 2025, all other charges related to the above noted incident were nolle prossed in Pope County, Arkansas, District Court.

| 3 | Mandatory (3) | **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** On December 14, 2023, Mr. Chandler submitted a urine specimen which tested and confirmed positive for the use of cocaine. Furthermore, on January 3, 2024, Mr. Chandler admitted to using cocaine. |
|---|---|---|
| 4 | Special (1) | **You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.** On December 14, 2023, Mr. Chandler submitted a diluted urine specimen. |

On January 3, 2024, Mr. Chandler admitted to consuming alcohol in December 2023, while participating in substance abuse treatment.

I declare under penalty of perjury that the foregoing is true and correct.

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_Caitlin Avant_
Caitlin Avant
U.S. Probation Officer

_Liza Brown_
Liza Brown
Assistant U.S. Attorney

Executed on    December 3, 2025

Executed on    12/8/25

Prob 12C                                    - 3 -                          Superseding Petition

Name of Offender:  Robert H. Chandler                    Case Number:  4:17-CR-00293-BSM-17

Approved by:

*Brenna E. Cross*
_____
Supervising U.S. Probation Officer

---

THE COURT ORDERS that this document be filed ☐ under seal ☒ as a public document, and

☐    a Warrant be issued, Petition (Docket Entry 2886) is denied as moot, and directing this Petition be
      Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).

☐    a Summons be issued, and Petition (Docket Entry 2886) is denied as moot.

☒    the Petition (Docket Entry 2886) is denied as moot and is Superseded by this Petition.

☐    Other:

*Brian S. Miller*
_____                           ____12/9/2025_____
Honorable Brian S. Miller                            Date
United States District Judge